1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  428 J Street, Suite 350
   Sacramento, California 95814
3  (916) 504-3933
   toddleras@gmail.com
4  Attorney for Defendant
   IVAN ESPINOZA VILLAFANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-258 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| IVAN ESPINOZA VILLAFANA, | |
| Defendant. | Date:   December 4, 2014<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

This matter is presently set for an initial status conference before the Court on October 23, 2014.  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Christiaan Highsmith, and Defendant Ivan Espinoza Villafana by and through his attorney Todd D. Leras, request that the Court continue the status conference to December 4, 2014, at 9:30 a.m.

The government has provided to the defense discovery in the form of police reports and various videos related to investigation of the matter giving rise to the Indictment in this case.  Defendant requires the use of a Spanish interpreter.  Defense counsel therefore needs additional time to continue review of the police reports and video discs with Defendant.  This review is necessary to ensure that any required additional investigation can be

ORDER CONTINUING STATUS
CONFERENCE

1  completed in a timely manner and to ensure that Defendant is adequately apprised as to the potential defenses
2  available in the case.
3      For the reasons stated in the preceding paragraph, the parties are requesting to continue the status
4  conference to December 4, 2014.  They also stipulate and agree that an exclusion of time up to and including
5  December 4, 2014, is appropriate based on defense counsel's need for reasonable preparation time.
6      Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and authorized Todd Leras
7  to sign it on his behalf.
8
9  DATED:  October 20, 2014

       By     Todd D. Leras for
              CHRISTIAAN HIGHSMITH
              Assistant United States Attorney

11 DATED:  October 20, 2014

       By     /s/ Todd D. Leras
              TODD D. LERAS
              Attorney for Defendant
              IVAN ESPINOZA VILLAFANA

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for October 23, 2014, is vacated.  A new status conference is scheduled for December 4, 2014, at 9:30 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 23, 2014, up to and including December 4, 2014.

Dated:  October 22, 2014

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE