LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IVAN ESPINOZA VILLAFANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>IVAN ESPINOZA VILLAFANA,<br><br>            Defendant. | Case No.: 2:14-CR-258 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 15, 2015<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Christiaan Highsmith, and Defendant Ivan Espinoza Villafana by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to January 15, 2015, at 9:30 a.m.

The government has provided to the defense an initial and supplemental round of discovery, consisting of police reports, videos, and photographs of potential evidence related to investigation of the matter giving rise to the Indictment in this case. Defendant requires the use of a Spanish interpreter to review and discuss these items with his counsel. These discussions are necessary to ensure that defense investigation is completed in a timely manner.

ORDER CONTINUING STATUS
CONFERENCE

1  For the reasons stated in the preceding paragraph, the parties are requesting to continue the status
2 conference to January 15, 2015.  They also stipulate and agree that an exclusion of time up to and including January
3 15, 2015, is appropriate based on defense counsel's need for reasonable preparation time.
4  Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and authorized Todd Leras
5 to sign it on his behalf.

7 DATED:  December 1, 2014

By  Todd D. Leras for
8  CHRISTIAAN HIGHSMITH
 Assistant United States Attorney
9 DATED:  December 1, 2014
By  /s/ Todd D. Leras
10  TODD D. LERAS
 Attorney for Defendant
11  IVAN ESPINOZA VILLAFANA

28 ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for December 4, 2014, is vacated. A new status conference is scheduled for January 15, 2015, at 9:30 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 4, 2014, up to and including January 15, 2015.

DATED: December 2, 2014

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE