LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
IVAN ESPINOZA VILLAFANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>IVAN ESPINOZA VILLAFANA,<br><br>          Defendant. | Case No.: 2:14-CR-258 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     January 29, 2015<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

    The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Christiaan Highsmith, and Defendant Ivan Espinoza Villafana by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to January 29, 2015, at 9:30 a.m.

    The government has provided to the defense a written Plea Agreement proposing pre-trial resolution of this matter. Defendant requires the use of a Spanish interpreter to discuss the case with his counsel. Defense counsel continues to engage in necessary discussions with Mr. Villafana, including review of investigative reports, potential defenses, and the terms of the proposed resolution. The additional time requested is reasonably needed to complete

ORDER CONTINUING STATUS
CONFERENCE

1 | these tasks prior to a potential change of plea hearing.

2 | For the reasons stated in the preceding paragraph, the parties are requesting to continue the status
3 | conference to January 29, 2015.  They also stipulate and agree that an exclusion of time up to and including January
4 | 29, 2015, is appropriate based on defense counsel's need for reasonable preparation time.

5 | Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and authorized Todd Leras
6 | to sign it on his behalf.

8 | DATED: January 12, 2015

By    Todd D. Leras for
CHRISTIAAN HIGHSMITH
Assistant United States Attorney

10 | DATED: January 12, 2015

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
IVAN ESPINOZA VILLAFANA

28 | ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for January 15, 2015, is vacated. A new status conference is scheduled for January 29, 2015, at 9:30 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 15, 2015, up to and including January 29, 2015.

DATED: January 12, 2015

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE