1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  428 J Street, Suite 350
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  IVAN ESPINOZA VILLAFANA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No.: 2:14-CR-258 TLN
12 |                                   |
   |         Plaintiff,                |
13 |                                   |
   | vs.                               | STIPULATION AND ORDER
14 |                                   | CONTINUING SENTENCING HEARING
   |                                   | AND MODIFYING PRE-SENTENCE
15 | IVAN ESPINOZA VILLAFANA,          | REPORT SCHEDULE
16 |                                   |
   |         Defendant.                | Date:    June 4, 2014
17 |                                   | Time:    9:30 a.m.
   |                                   | Court:   Hon. Troy L. Nunley
18

19

20

21      This matter is presently set for judgment and sentencing on April 16, 2014.  The parties

22 to this action, Plaintiff United States of America by and through Assistant U.S. Attorney

23 Christiaan Highsmith, and Defendant Ivan Espinoza Villafana by and through his attorney Todd
24
   D. Leras, request that the Court continue the sentencing hearing to June 4, 2014.  The parties
25
26 further request that the Court modify the previously-set schedule regarding the Pre-Sentence

27 Report (PSR) in this matter as follows:

28 ORDER CONTINUING SENTENCING HEARING
   AND MODIFYING PSR SCHEDULE

Disclosure of PSR to counsel no later than April 23, 2015

Counsel's written informal objections to the PSR delivered to the
Probation Officer and opposing counsel no later than May 7, 2015

PSR filed with the Court and disclosed to counsel no later than May 14, 2015

Motion for Correction to be filed no later than May 21, 2015

Reply, or Statement of Non-Opposition to be filed no later than May 28, 2015

The parties further acknowledge that any sentencing memorandum must be filed, by 5:00 p.m., no later than seven (7) calendar days before the scheduled sentencing hearing. In addition, any response to a sentencing memorandum must be filed, by 3:00 p.m., at least three (3) calendar days before the hearing.

    The assigned probation officer, Paul Mamaril, is aware of the continuance request, as well as the proposed dates related to the PSR, and joins in the request on behalf of the Probation Office. The continuance allows for necessary preparation time for completion of the PSR. Based on defendant's entry of guilty pleas pursuant to a written Plea Agreement on January 29, 2015, an exclusion of time under the Speedy Trial Act is not required.

    Assistant U.S. Attorney Christiaan Highsmith has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: March 25, 2015

By   Todd D. Leras for
    CHRISTIAAN HIGHSMITH
    Assistant United States Attorney

DATED: March 25, 2015

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    IVAN ESPINOZA VILLAFANA

ORDER CONTINUING SENTENCING HEARING
AND MODIFYING PSR SCHEDULE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the judgment and sentencing hearing in this matter is continued to June 4, 2015, at 9:30 a.m.  The Court adopts the parties' proposed schedule as to the disclosure of the Pre-Sentence Report and the disclosure and filing of relevant documents related to it.

IT IS SO ORDERED.

DATED:  March 26, 2015

Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING
AND MODIFYING PSR SCHEDULE